IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTUE,

    Plaintiff,                    No. CIV S-06-1276 MCE GGH P

    vs.

TERESA SCHWARTZ, et al.,

    Defendants.

_____/

JOHN MONTUE,

    Plaintiff,                    No. CIV S-99-1282 LKK GGH P

    vs.                                 <u>NON-RELATED CASE ORDER</u>

NATIONAL CONCRETE, et al.,

    Defendants.

_____/

        On December 12, 2007, plaintiff filed a request to relate the above-captioned cases. <u>See</u> Local Rule 83-123, E.D. Cal. The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

\\\\\

1  This order is issued for informational purposes only and shall have no effect on
2  the status of the cases.
3  DATED: 01/14/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. Magistrate Judge

montue.rel